THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DELEON, Appellant. [869 NYS2d 846]No opinion. Order filed. Concur—Friedman, J.P., Sweeny, McGuire, Renwick and Freedman, JJ.